IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

WILLIAM CHRISTOPHER MOORE                                                        PLAINTIFF
ADC #127360

v.                                    NO.  2:06CV00102 SWW/JWC

R.  JACKSON, et al                                                               DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition received from Magistrate Judge Jerry Cavaneau and the objections filed in response, and has further reviewed the relevant record de novo.  The Findings and Recommendations are adopted in their entirety as this Court's findings.

Accordingly, Plaintiff's claims against Defendant Tobar are hereby dismissed without prejudice.  This case shall proceed against Defendant Jackson.

The Clerk of the Court is directed to prepare a summons for Defendant Jackson, and the United States Marshal is directed to serve a copy of the complaint with any attachments (docket entry #2), a copy of this partial recommended disposition and any order adopting it, and a summons on Defendant Jackson through the Compliance Division of the Arkansas Department of Correction without prepayment of fees and costs or security therefor. Should Defendant need copies of other filed documents, they are available from the Clerk's office or may be accessed through the PACER system for the United States District Court.

IT IS SO ORDERED this 27th day of April, 2006.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE