IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

**WILLIAM CHRISTOPHER MOORE,**                                                            **PLAINTIFF**
**ADC# 127360**

v.                                    No.  2:06CV102 BSM

**ROBERT. E. JACKSON**                                                                                **DEFENDANT**

## ORDER

Defendants request that exhibits A through E, which are attached to Docket Entry # 83 be removed from the CM/ECF system and replaced with exhibits A through E, which contain a redacted version of Exhibit C. Defendants' request is GRANTED. The clerk of the court is ordered to remove exhibits associated with Docket Entry # 83 from CM/ECF and replace them with the redacted versions of Exhibit A through E.

DATED this 23rd day of January.


_____
UNITED STATES DISTRICT JUDGE