IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

WILLIAM CHRISTOPHER MOORE                                                        PLAINTIFF

vs.                                      NO. 2:06CV00102BSM

ROBERT E. JACKSON, JR.                                                          DEFENDANT

## JUDGMENT

Pursuant to the Order entered this date, judgment is entered in favor of defendant.

The complaint is hereby dismissed with prejudice.

IT IS SO ORDERED this 27th day of January, 2009.


_____
UNITED STATES DISTRICT JUDGE